IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-23-CAR-CHW-1 |
| | : | |
| MICHAEL ANTHONY RANDALL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE

Currently before the Court is Defendant Michael Anthony Randall's Unopposed Motion to Continue the trial of this case which is set to begin April 3, 2023. On October 11, 2022, the Grand Jury returned a one-count indictment charging Defendant Randall with possession of a firearm by a convicted felon. On November 10, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and ordered detained pending trial. This case has been previously continued, and the Government does not oppose this current request.

Defense counsel moves for additional time to adequately prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation

1

could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 21] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 15th day of March, 2023.

                                          s/ C. Ashley Royal
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT